**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

Haneef Shakeel Jackson-Bey,

        Plaintiff,

    v.                                   Case No. 2:17-CV-294 JVB

Philip P. Simon, Rudy Lozano, and David A. Capp,

        Defendants.

**OPINION AND ORDER**

    Haneef Shakeel Jackson-Bey, a prisoner without a lawyer, filed a complaint attempting to sue two federal district court judges and the United States Attorney based on their involvement with his criminal case, *United States v. Jackson-Bey*, 2:09-CR-43-004 (N.D. Ind. filed March 5, 2009), where he pleaded guilty to Sex Trafficking and was sentenced to 180 months in prison. (ECF 1-2 at 7 and 18--19.) Jackson-Bey claims that the criminal court lacked jurisdiction over him because he is not a citizen of the United States.  (ECF 1-2 at 11--14.)

> Regardless of an individual's claimed status of descent, be it as a "sovereign citizen," a "secured-party creditor," or a "flesh-and-blood human being," that person is not beyond the jurisdiction of the courts. These theories should be rejected summarily, however they are presented.

*United States v. Benabe*, 654 F.3d 753, 767 (7th Cir. 2011). Moreover, these defendants are immune from claims arising from their involvement with Jackson-Bey's criminal case. *See Imbler v. Pachtman*, 424 U.S. 409, 431 (1976), and *Stump v. Sparkman*, 435 U.S. 349, 359 (1978).

    For these reasons, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915A because it is frivolous and malicious.

    SO ORDERED on July 25, 2017.

    s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE